IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **DANIEL A. DURAN TERRAZAS,** | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| **v.** | § | **Civil Action No. 3:26-CV-02186-L-BN** |
| | § | |
| **WARDEN GONZALES,** | § | |
| | § | |
| Respondent. | § | |
| | § | |

**ORDER**

On July 23, 2026, the Findings, Conclusions and Recommendation of the United States Magistrate Judge ("Report") (Doc. 12) was entered, recommending that the court **deny** Petitioner's Motion for Temporary Restraining Order and Expedited Consideration ("Motion") (Doc. 8). No objections to the Report have been filed, and the 14-day period to object after service of the Report has passed. *See* Fed. R. Civ. P. 72(b)(1)(2); 28 U.S.C. § 636(b)(1)(C).

First, Magistrate Judge Horan found that the court lacks jurisdiction to grant Petitioner's requested relief for a stay of his order of removal. Report at 1 (citing *Imran v. Harper*, No. 25-30370, 2026 WL 93131, at *1 (5th Cir. Jan. 13, 2026)). Second, regarding Petitioner's request to be released to facilitate attending appointments for his pending VAWA self-petition, Magistrate Judge Horan determined that the relief sought cannot be granted in the form of a TRO, as it is the ultimate relief sought in the habeas petition. *Id* at 2-3. Finally, Magistrate Judge Horan found that Petitioner has not met "his burden to show good cause to expedite a ruling." *Id.* at 3. As a result, the magistrate judge recommends that the court **deny** the Motion.

After considering the pleadings, record, and applicable law, the court **determines** that the findings and conclusions of the magistrate judge are correct, and **accepts** them as those of the court. The court **denies** Petitioner's Motion.

**It is so ordered** this 21st day of August, 2026.

Sam A. Lindsay
United States District Judge